IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETWORK BACKUP CORPORATION,<br><br>Plaintiff,<br>v.<br><br>ALLMYDATA, INC.,<br>BEST BUY CO, INC.,<br>CARBONITE, INC.,<br>EMC CORP.,<br>IRON MOUNTAIN, INC.,<br>NETMASS, INC.,<br>OFFICEWARE CORP.<br>   d/b/a FILESANYWHERE.COM,<br>PRO SOFTNET CORP., and<br>WEBROOT SOFTWARE, INC.,<br><br>Defendants. | Civil Action No. 2:09-CV-249<br><br>**TRIAL BY JURY DEMANDED** |

**PLAINTIFF NETWORK BACKUP CORPORATION'S DISCLOSURE STATEMENT**

In accordance with Federal Rule of Civil Procedure 7.1, Plaintiff, Network Backup Corporation, states that it is a Texas Corporation qualified to do business in the State of Texas. It has no parent corporation and no publicly held corporation owns 10% or more of Network Backup Corporation's Stock.

Dated: August 18, 2009

Respectfully submitted,

/s/ S. Calvin Capshaw
S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
D. Jeffrey Rambin
State Bar No. 00791478
Capshaw DeRieux, LLP
1127 Judson Rd., Suite 220
Longview, Texas 75601
Telephone: (903) 236-9800
Facsimile: (903) 236-8787

E-mail: ccapshaw@capshawlaw.com
E-mail: ederieux@capshawlaw.com
E-mail: jrambin@capshawlaw.com

Robert Christopher Bunt
State Bar No. 00787165
 Charles L. Ainsworth
State Bar No. 00783521
PARKER, BUNT & AINSWORTH, P.C.
100 East Ferguson, Suite 1114
Tyler, Texas 75702
Telephone: (903) 531-3535
Facsimile: (903) 533-9687
rcbunt@pbatyler.com
charley@pbatyler.com

Of Counsel:
Joseph M. Vanek
IL State Bar No. 6197046
Thomas A. Vickers
IL State Bar No. 6226288
Jeffrey R. Moran
IL State Bar No. 6283573
VANEK, VICKERS & MASINI, P.C.
111 S. Wacker Drive, Suite 4050
Chicago, Illinois 60606
(312) 224-1500 Telephone
(312) 224-1510 Facsimile
E-mail: jvanek@vaneklaw.com
E-mail: tvickers@vaneklaw.com
E-mail: jmoran@vaneklaw.com

Eugene M. Cummings
IL State Bar No. 556394
David M. Mundt
IL State Bar No. 6243545
David Lesht
IL State Bar No. 6180985
Panasarn Aim Jirut
IL State Bar No. 6281877
Martin Goering
IL State Bar No. 6286254
Konrad V. Sherinian
IL State Bar No. 6290749
THE LAW OFFICES OF
EUGENE M. CUMMINGS, P.C.
One North Wacker Drive, Suite 4130

Chicago, Illinois  60606
(312) 984-0144 Telephone
(312) 984-0146 Facsimile
E-mail: ecummings@emcpc.com
E-mail: dmundt@emcpc.com
E-mail: dlesht@emcpc.com
E-mail: ajirut@emcpc.com
E-mail: mgoering@emcpc.com
E-mail: ksherinian@emcpc.com

*Attorneys for Plaintiff Network Backup Corporation*